596

473 A.2d 669

Commonwealth v. Maze, Appellant.
Petition for Allowance of Appeal
Denied June 27, 1984.

Submitted November 18, 1983. Douglas M. Johnson, Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, HESTER and LIPEZ, JJ.

The judgment of sentence of the learned Montgomery County Common Pleas Court President Judge Richard P. Lowe is affirmed.

473 A.2d 670

Commonwealth v. Nolan, Appellant.

Submitted November 18, 1983. Jeffrey J. Wander, for appellant; Stephen Bresset, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, HESTER and LIPEZ, JJ.

The judgment of sentence of the learned Wayne County Common Pleas Court President Judge Robert J. Conway is affirmed.